86 P.3d 1011

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 25, 2004**

| 24368 | Horner v. Horner | Affirmed |
|-------|------------------|----------|
| 25500 | State v. Nueku   | Affirmed |
| 25079 | State v. Pola    | Affirmed |

**March 30, 2004**

| 24649 | Kapika v. State | Affirmed |
|-------|-----------------|----------|

**April 7, 2004**

| 23757 | State v. Mahi   | Affirmed |
|-------|-----------------|----------|
| 24277 | State v. Malani | Affirmed |